UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORTUNO-PEREZ SANTIAGO,<br><br>     Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>     Defendants. | Case No. C18-1417-JCC-JPD<br><br>REPORT AND RECOMMENDATION |

On September 24, 2018, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff alleged therein that a corrections officer at the King County Jail used excessive force against him, causing him bodily harm and facial disfigurement. (*See* Dkt. 1-1 at 3.) Plaintiff submitted with his complaint an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) However, plaintiff failed to include with his application a copy of his prison trust account statement. On September 27, 2018, the Clerk sent plaintiff a letter advising him that his submission was deficient because he failed to provide a certified copy of his prison trust account statement. (Dkt. 2.) Plaintiff was further advised that he would have to correct this deficiency by October 29, 2018, or risk dismissal of

REPORT AND RECOMMENDATION - 1

this action.  (Dkt. 2.)  To date, plaintiff has not submitted a copy of his prison trust account statement.

As plaintiff has had ample time to correct the deficiency in his *in forma pauperis* application materials, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 17, 2018**.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 21, 2018.**

This Report and Recommendation is not an appealable order.  Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this <u>26th</u> day of November, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2