THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORTUNO-PEREZ SANTIAGO,<br><br>                Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                Defendants. | CASE NO. C18-1417-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 3). Having thoroughly considered the Report and Recommendation, the relevant record, and receiving no objections the Court FINDS and ORDERS:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

    //

    //

1       DATED this 2nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE